UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY MCLIN, )<br>)<br>    Plaintiff,  )<br>)<br>vs.         )<br>          )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., TRANS UNION, LLC )<br>AND EQUIFAX INFORMATION )<br>SERVICES, LLC    )<br>          )<br>    Defendants.  )<br>_____ ) | Case No. 2:17-cv-2656 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court.

In further support of this Notice of Removal, Experian states as follows:

1. Experian is a named Defendant in Civil Action No. 2017-LM-004824 filed by Plaintiff Anthony McLin ("Plaintiff") in the District Court of Wyandotte County, Kansas Limited Actions Division (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk District Court of Wyandotte County, Kansas Limited Actions Division on October 23, 2017. Experian was served with the Summons and Complaint on October 30, 2017.

3. This Notice is timely because it is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This United States District Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is a true and correct copy of all process, pleadings and orders from the State Court Action. The attached documents are the only pleadings currently on the docket in the State Court Action.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. Equifax Information Services, LLC ("Equifax") is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Equifax uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. Trans Union, LLC ("Trans Union") is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Trans Union uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

9. The claims for relief against Experian, Trans Union and Equifax alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

10. As of the date of this Notice, Equifax and Trans Union have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court. Equifax's and Trans Union's consents to removal are attached hereto as **Exhibit B**.

11. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Experian notices the removal of this case to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §1441 *et seq*.

**HORN AYLWARD & BANDY, LLC**

/s/ Danne W. Webb
Danne W. Webb             KS #22312
Andrea S. McMurtry        KS #24746
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2017, a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441** was electronically filed with the Court by CM/ECF and served upon the following by ECF notice and by First Class Mail, postage prepaid, on the following:

A.J. Stecklein
Michael Rapp
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Tel:  801-392-9324
Fax:  801-337-2087
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
*Attorneys for Plaintiff*

Bryan E. Mouber
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Tel: 816-471-2121
mouber@bscr-law.com
*Attorneys for Defendant Trans Union*

G. Gabe Zorogastua
Polsinelli PC
900 West 48th Street, Suite 900
Kansas City, MO 64112
Tel:  816-753-1000
Fax:  816-753-1536
gzorogastua@polsinelli.com
*Attorneys for Defendant Equifax*

        /s/ Danne W. Webb
        *Attorney for Defendant*
        *Experian Information Solutions, Inc.*