# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Anthony F McLin,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions Inc., Trans Union, LLC and Equifax Information Services, LLC,<br><br>　　　　　　　　Defendants. | Case Number: 17-CV-02656 DDC/KGS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's January 17, 2018 Order (Doc. 19).

1. Plaintiff is Anthony McLin; Defendants are Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services LLC.

2. This case was removed to federal court on November 16, 2017 (Doc. 1).

3. Plaintiff now moves to dismiss the lawsuit against Defendants.

4. Defendants agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. Plaintiff's bankruptcy case 15-20551 filed in the United States Bankruptcy Court for the District of Kansas was dismissed on January 22, 2018 (Bky Doc. 126).

8. Therefore, this case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or

including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
          MR@KCconsumerlawyer.com
Attorney for Plaintiffs

By: /s/ Danne W. Webb
Danne W. Webb  #22312
Andrea S. McMurtry  #24746
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: 816-421-0700
Facsimile:  816-421-0899
Email: dwebb@hab-law.com
          amcmurtry @hab-law.com

By: /s/ G. Gabriel Zorogastua
G. Gabriel Zorogastua #23556
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: 816-753-1000
Facsimile:  816-753-1536
Email: GZorogastua@polsinelli.com
Attorney for Defendant
Equifax Information Services, LLC

By: /s/ Bryan E. Mouber
Bryan E. Mouber #19710
James S. Kreamer  #14374
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone: 816-471-2121
Facsimile:  816-472-0288
Email: mouber@bscr-law.com
      kreamer@bscr-law.com
Attorneys for Defendant Trans Union LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was filed on March 5, 2018, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330